IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PETER J. LONG,

    Plaintiff,

v.

LINDA HARRING, PETER STIEFVATER,
WAYNE OLSON, PETER JAEGER,
RICHARD SCHNEITER and
QUALA CHAMPAGNE,

    Defendants.

ORDER

16-cv-779-slc

---

The order entered in this case on March 19, 2017 regarding leave to proceed is hereby AMENDED to delete the phrase "but only against defendant Linda Haring" in the first paragraph. In all other respects the order remains as entered.

Dated this 23rd day of March, 2017.

                            BY THE COURT:

                            /s/

                            STEPHEN L. CROCKER
                            Magistrate Judge