IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PETER J. LONG,

    Plaintiff,

v.

LINDA HARRING, PETER STIEFVATER,
WAYNE OLSON, PETER JAEGER,
RICHARD SCHNEITER AND QUALA
CHAMPAGNE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-779-slc

This action came before the court for consideration with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff leave to proceed and dismissing the claims against Richard Schneiter and Quala Champagne, and;

(2) granting defendants Linda Harring, Peter Stiefvater, Wayne Olson and Peter Jaeger's motion for summary judgment and dismissing this case.

| /s/ | 6/1/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |